**LaRonda PHOX, Plaintiff–Appellant**

v.

**NCO FINANCIAL SYSTEMS, INC., Defendant–Appellee.**

**No. 15–1002.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 18, 2015.

Filed: May 21, 2015.

of Missouri.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District

LaRonda Phox, Kansas City, MO, pro se.

Louis Leonard Galvis, Sessions Fishman Nathan & Israel, LLC, Fort Collins, CO, Paul Croker, Armstrong Teasdale LLP, Kansas City, MO, for appellee.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

LaRonda Phox appeals the district court's [1] adverse grant of summary judgment in her pro se action under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. Upon a careful, de novo review of the record and consideration of the parties' arguments on appeal, we conclude that summary judgment was properly granted. *See Menard, Inc. v. Dial–Columbus, LLC,* 781 F.3d 993, 997 (8th Cir.2015) (standard of review). Further, we decline to consider the new issues Phox raised for the first time in her appellate reply brief. *See White v. Smith,* 696 F.3d 740, 749 n. 8 (8th Cir.2012).

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.